UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
BRIDGEPOINTE MASTER FUND, LTD.,

        Plaintiff/Petitioner,

  v.

BIOMETRX, INC.,

        Defendant/Respondent.
----------------------------------------------------------X

09 Civ. 6874 (PAC)

STIPULATION + Order

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 19 AUG 2009
```

**MEMO ENDORSED**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, that:

1. David Bolton, P.C. hereby appears in this action on behalf of the Defendant/Respondent.

2. The time for Defendant/Respondent to respond to the Verified Petition To Confirm Arbitration Award is extended to and including August 26, 2009.

PAC 3. The parties shall consult my Individual Practices and ECF Rules before filing motions. The Clerk of Court shall terminate #6.

Dated: August 17, 2009

DLA PIPER LLP (US)

By: _____
Douglas A. Rappaport, Esq.
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500

Attorney for Plaintiff/Petitioner

DAVID BOLTON, P.C.

By: _____
David Bolton, Esq
666 Old Country Road, Suite 509
Garden City, New York 11530
(516) 222-0600

Attorney for Defendant/Respondent

So Ordered: 19 AUG 2009

_____
USDJ