UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
BRIDGEPOINTE MASTER FUND, LTD.,

        Plaintiff/Petitioner,

v.

BIOMETRX, INC.,

        Defendant/Respondent.
----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 26 AUG 2009
```

09 Civ. 6874 (PAC)

**STIPULATION** + Order

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, that:

1. David Bolton, P.C. hereby appears in this action on behalf of the Defendant/Respondent.

2. The time for Defendant/Respondent to respond to the Verified Petition To Confirm Arbitration Award is extended to and including September 1, 2009.

Dated: August 25, 2009

DLA PIPER LLP (US)

By: _____
    Eichakeem J. McClary, Esq.
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500

Attorney for Plaintiff/Petitioner

DAVID BOLTON, P.C.

By: _____
    David Bolton, Esq
666 Old Country Road, Suite 509
Garden City, New York 11530
(516) 222-0600

Attorney for Defendant/Respondent

So Ordered: 2 6 AUG 2009

_____
USDJ

# David Bolton, P.C.

*Attorney at Law*

666 Old Country Road
Suite 509
Garden City, New York 11530
Tel: (516) 222-0600
Fax (516) 222-1110

David Bolton, Esq.

Christopher Hanscom, Esq.,
Of Counsel

August 25, 2009

**Via e-mail**

Paul J. Crotty, U.S.D.J.
United States District Court
Southern District of New York
Chambers 735
500 Pearl Street
New York, New York 10007

    Re: <u>BridgePointe Master Fund Ltd. v. Biometrx, Inc.</u>
          09 CV 6874

Dear Judge Crotty:

The purpose of this letter is to request a one week extension of the time for defendant/respondent Biometrx, Inc. to respond to the Notice of Verified Petition To Confirm Arbitration Award filed by BridgePointe Master Fund Ltd. ("BridgePointe").

As per the attached Stipulation, counsel for BridgePoint has consented to the request.

Biometrx, Inc.'s response is currently due on August 26, 2009. The adjourned date sought is September 1, 2009.

One prior request for an extension of time to respond was made, on consent, and was granted by the Court.

This extension sought will not affect any other dates.

Thank you for your attention to this matter.

Very truly yours,

David Bolton

Enc.
cc:    Counsel to BridgePoint (via e-mail)