UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
BRIDGEPOINTE MASTER FUND, LTD.,                    09 Civ. 6874 (PAC)

        Plaintiff/Petitioner,                              **ANSWER TO**
v.                                                 **VERIFIED PETITION**

BIOMETRX, INC.,

        Defendant/Respondent.
----------------------------------------------------------X

    Defendant/Respondent Biometrx, Inc., by and through its undersigned attorney, David Bolton, P.C., hereby answers the Verified Petition as follows:

    1.    Defendant admits that this is an action seeking to confirm an arbitration award and otherwise denies the allegations contained in paragraph 1.

    2.    Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2.

    3.    Defendant denies the allegations contained in paragraph 3.

    4.    Defendant denies the allegations contained in paragraph 4.

    5.    Defendant admits the allegations contained in paragraph 5.

    6.    Defendant admits the allegations contained in paragraph 6.

    7.    Defendant admits the allegations contained in paragraph 7.

    8.    Defendant denies the allegations contained in paragraph 8.

    9.    Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9.

    10.    Defendant admits the allegations contained in paragraph 10.

    11.    Defendant denies that it had "ample notice of the hearing" and denies knowledge

or information sufficient to form a belief as to the truth of the events which occurred on June 22, 2009.

13. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12.

14. Defendant admits the allegations contained in paragraph 13, 14, 15, 16, 17, 18, and 19.

15. Defendant denies the allegations contained in paragraph 20.

WHEREFORE, defendant respectfully denies that the relief sought in the Verified Petition be denied in its entirety and that the award of the arbitrators be vacated for the reasons stated in the accompanying Memorandum of Law.

Dated: Garden City, New York
September 1, 2009

DAVID BOLTON, P.C.

By: _____
David Bolton, Esq. (DB 3826)
666 Old Country Road, Suite 509
Garden City, New York 11530

Attorney for Biometrx, Inc.

2

**VERIFICATION**

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NASSAU      )

DAVID BOLTON, being duly sworn, deposes and says:

1. I am the principal of David Bolton, P.C., attorney for defendant/respondent Biometrx, Inc.

2. I have read the foregoing Answer and know the contents thereof and the same are true to the best of my knowledge, except those matters which are stated to be alleged upon information and, as to those matters, I belief them to be true.

3. This verification is made by me because the defendant maintains its principal office outside of the County in which my office is maintained.

_____
DAVID BOLTON

Sworn to before me this
1st day of September, 2009

_____
Notary Public

RASHANNE L. SATCHELL
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01SA6122812
Qualified in Queens County
Commission Expires February 22, 20_13_